**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Stuart N. Wilson and Stuart N. Wilson & Associates, P.C. v. Silvia Trevino and Eleazer Maldonado

Appellate case number:   01-19-00441-CV

Trial court case number:  13-DCV-209723A

Trial court:             387th District Court of Fort Bend County

      Appellee has filed an emergency motion to dismiss this appeal for want of jurisdiction. The certificate of conference shows that appellant is opposed to the motion.

      The Court asks that appellant file a response to the motion to dismiss **by 5 p.m., Thursday, June 20, 2019**.

      It is so ORDERED.

Judge's signature:  ___Honorable Richard Hightower_____
                ☑ Acting individually     ☐ Acting for the Court


Date:  ___June 19, 2019___